NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SECURITIES AND EXCHANGE COMMISSION,**
*Plaintiff-Appellee,*

**v.**

**ONYX CAPITAL ADVISORS, LLC**
AND **MICHAEL A. FARR,**
*Defendants,*

AND

**ROY DIXON, JR.,**
*Defendant-Appellant.*

---

2013-1110

---

Appeal from the United States District Court for the Eastern District of Michigan in No. 10-CV-11633, Judge Denise Page Hood.

---

# O R D E R

The court having received no objection in response to its order of April 5, 2013,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted.

SEC V. ONYX CAPITAL ADVISORS　　　　　　　　　　　　　2

(2) The court's March 5, 2013 order is vacated.

(3) The appeal is transferred to the United States Court of Appeals for the Sixth Circuit.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate: April 23, 2013